**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHISN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 09 B 41752 |
| Irene Harris ) | Judge Hon. Cox |
| ) | CHAPTER 13 |
| _____ ) | |
| ) | |
| Irene Harris ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ADV. NO. 10 AP 00088 |
| Citi Financial Mortgage ) | |
| Defendant. ) | |

**NOTICE OF MOTION**

TO:   Citi Financial Mortgage P.O. Box 140609, Irving, TX 75014;

Thomas G Middleton, President, 5901 E. Fowker Ave., Tampa, FL 33617.

C T Corporation System, 208 S. LaSalle Street, Suite 814, Chicago, IL 60604;

Please take notice that on April 5, 2010 at 10:00 a.m., I shall appear before the Honorable Cox in Courtroom 619 in the Federal Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois and present the attached motion and you may appear if you so choose.

**PROOF OF SERVICE**

The undersigned, an attorney, certifies that a true and correct copy of the foregoing notice and attached Motion was served on the above named addressees, either via facsimile or with postage prepaid from the mail chute located at 20 South Clark, Chicago, Illinois 60603 on March 22, 2010.

  /s/ Brian R. Zeft____
Attorney for Debtor

Robert J. Semrad & Associates
20 South Clark Street
28th Floor
Chicago, Illinois 60603
(312) 913-0625

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHISN ILLINOIS
### EASTERN DIVISION DISTRICT OF

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 09 B 41752 |
| Irene Harris ) | Judge Hon. Cox |
| ) | CHAPTER 13 |
| _____ ) | |
| Irene Harris ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | ADV. NO. 10 AP 00088 |
| Citi Financial Mortgage ) | |
|     Defendants. ) | |

### MOTION FOR DEFAULT JUDGMENT

1. That on November 3, 2009, the Plaintiff filed a voluntary petition pursuant to Chapter 13 of Title 11, United States Code.

2. That on January 19, 2010, Plaintiff filed a complaint to determine the validity of Defendant's lien on Plaintiff's property located at 7158 S. Morgan, Chicago, IL 60621.

3. That on January 19, 2010, a copy of the summons and complaint was served in accordance with Rule 7004 of the Federal Rules of the Bankruptcy Procedure by Regular U.S. Mail, postage prepaid to the Defendant at P.O. Box 140609, Irving, TX 75014, as well as to Thomas G Middleton, President, 5901 E. Fowker Ave., Tampa, FL 33617 and upon the registered agent at 208 S. LaSalle Street, Suite 814, Chicago, IL 60604.

4. The Defendant has not filed an appearance in this matter nor has the Defendant filed any responsive pleading to the complaint.

5. That the Defendant is in default for failure to answer or otherwise plead to the complaint.

6. That Plaintiff is the owner of a house, her principal place of residence, located at 7158 S. Morgan, Chicago, IL 60621.

7. That Citi Mortgage Inc. holds a first mortgage lien on the real property commonly known as 7158 S. Morgan, Chicago, IL 60621, with a secured claim of $102,220.55 pursuant to the claim filed by Citi Mortgage Inc. on January 13, 2010. Please see attached Exhibit A for said claim.

8. The defendant holds a second mortgage lien on the real property known as 7158 S. Morgan, Chicago, IL 60621 in the approximate amount of $12,988.00 pursuant to Plaintiff's Schedule D.  Please see attached Exhibit B for Plaintiff's Schedule D.

9. That the Plaintiff obtained an appraisal of the property indicating the value of 7158 S. Morgan, Chicago, IL 60621 as $95,000.00. Said appraisal was performed on December 30, 2009, by LM Appraisal Group. Please see attached Exhibit C.

10. That the secured claim of the Defendant exceeds the value of the subject property, leaving nothing for Defendant's claim to attach to. Defendant's lien should be cancelled pursuant to § 506 and § 1327 (b)(2).

WHEREFORE, Plaintiffs prays this Honorable Court enter a default judgment against Defendant declaring that the Defendant's secured interest with respect to the real estate located at 7158 S. Morgan, Chicago, IL 60621 be valued at $0.00.

Respectfully submitted,

  /s/ Brian R. Zeft
Attorney for the Debtor

Robert J. Semrad & Associates
20 South Clark Street
28th Floor
Chicago, Illinois 60603
(312) 913-0625